```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF GEORGIA
 2                       ATLANTA DIVISION

 3

 4   United States of America,           ZOOM VIDEOCONFERENCE

 5        vs.                                 DOCKET NO.
                                         1:22-cr-00188-LMM-CMS
 6   James Wan,

 7             Defendant.

 8

 9

10
             TRANSCRIPT OF PRETRIAL VIDEOCONFERENCE
11         BEFORE THE HONORABLE CATHERINE M. SALINAS
             UNITED STATES MAGISTRATE COURT JUDGE
12                 THURSDAY, OCTOBER 27, 2022

13

14

15
     APPEARANCES:
16   For the Plaintiff:         Bret Reed Hobson, Esq.
                                Assistant United States Attorney
17
     For the Defendant:         Joseph Michael Todd, Esq.
18                              Joseph M. Todd, P.C.

19

20

21
                                Judith M. Wolff, RPR, CRR
22                              Official Court Reporter
                                1914 United States Courthouse
23                              75 Ted Turner Drive, S.W.
                                Atlanta, Georgia  30303
24                              judith_wolff@gand.uscourts.gov

25
```

STENOGRAPHICALLY REPORTED, OFFICIAL COURT TRANSCRIPT

1      (Court was called to order at 2:37 p.m.)
2           COURTROOM DEPUTY:  This is 1:22-cr-188, defendant
3  Wan.  I can't remember the first name, I'm sorry.
4           THE COURT:  Good afternoon.  Counsel, do you want to
5  state your appearances, while I pull up the document.
6           MR. HOBSON:  Sure.  Bret Hobson for the United
7  States, Your Honor.
8           MR. TODD:  Joseph Todd, representing Mr. Wan.
9           THE COURT:  All right.  Well, it looks like we have
10 got three motions pending.  There's a motion for disclosure of
11 Brady material, a motion to reveal the identity of the
12 confidential informant, and a motion for psychiatric exam.
13          At least with respect to the psychiatric exam, I know
14 you have been, Mr. Todd, you have been communicating with
15 Ms. Smith.  I think your order is going to have to have a
16 little bit more specificity in it.  I think it's going to have
17 to have the date, and time and the doctor.
18          Am I right, Angela, from what you have been
19 researching?
20          COURTROOM DEPUTY:  Yes.  And, Mr. Todd, I just sent
21 you a copy of an order that we used in another case.
22          MR. TODD:  Okay.
23          COURTROOM DEPUTY:  It does not have the date and
24 time, but I suggest that you do add that, is what the marshals
25 have told us.

```
1            MR. TODD:  Okay.
2            THE COURT:  And there are those other two motions.
3    It looks like the Brady motion is encompassed by our standing
4    order.
5            MR. HOBSON:  I think you already decided to deny that
6    as moot last time.
7            THE COURT:  Oh.  Okay.
8            COURTROOM DEPUTY:  What you said, Judge, is he could
9    perfect it.  And, actually, the new motion is the perfected
10   part of what that was.
11           THE COURT:  Okay.  And that's the one where they want
12   Brady and they also want the confidential informant?
13           COURTROOM DEPUTY:  Yes, Judge.
14           THE COURT:  Okay.
15           What do you say about that, Mr. Hobson?
16           MR. HOBSON:  Well, first, I'll give you a real quick
17   background on what the informant is and why we don't want to
18   disclose more details about it, and then explain why, under
19   the law, we don't have to.
20           But, basically, there's a news organization that just
21   passively has information from this website, so we're not
22   talking about like a government agent was the involved in this
23   website or was involved in the chat or anything.  They just
24   passively see when someone posts a thing requesting a hitman,
25   and they, if it sounds like a credible threat to them, they
```

just tell the FBI.

That's what we are talking about, but we don't want to compromise and let everybody know that we knew that, in general, because they would like to keep finding people that are going on this hitman website.

And then, when you apply that to the facts to the law and all the factors that are cited in Mr. Todd's motion, there is no consideration paid, there is no immunity given to this news organization, there are no threats made to them, there are no payments made.

There's no records of any of that happening because it didn't happen.

There's no potential significance to an offense. I don't think we'll even be using the information that came. We have his confession and he went on the website in front of the agent, there are recordings of it, Mr. Wan.

So it's not related to a defense, and there's no, like, entrapment or framing possibility here because they just weren't involved in it at all. It's just a passive tipster, as if someone, a witness saw a crime happen, basically, and called the FBI.

And given the fact that we would like to keep catching people that are doing this, potentially, and hearing about it, not disclosing that in some sort of public filing as there is a high government interest as well.

1                THE COURT:  Do you want to respond to that, Mr. Todd?
2    That's my understanding of the law also.  Well, that's, the
3    way Mr. Hobson has kind of described the law is how I
4    understand it.
5                And given as much as he has disclosed, which I
6    appreciate you disclosing that much to us, that seems like the
7    motion should be denied.  If you want to respond to that, you
8    may.
9                MR. TODD:  Judge, obviously, without knowing all the
10   facts, that's the first kind of representation we have had
11   that it's some kind of news information or somebody that, in
12   that area.
13               What I am going to suggest to the Court is that at
14   the very least I would need for the Court to do an in camera
15   inspection.  That way the government can provide you, Judge,
16   with the information.
17               It doesn't have to be published, nobody has to know
18   about it, but at least you need to know about it for the
19   purposes of the case whether there is anything exculpatory in
20   there.
21               Not knowing, I mean -- and I take counsel's word for
22   it, but not knowing what it is, not knowing any of the details
23   of it, it's hard for me to respond to determine what it is,
24   what they know.
25               Like, in this particular case, was it just simply

1  they were on the dark web and this information came across and
2  they just reported it to the government?  Is that all there
3  was to it?  Or was there anything more to it than that?
4          So, obviously, I'm taking counsel's word for it, but
5  that being said, Judge, in order to protect my client and in
6  order to I guess get a ruling, I would say at the very least,
7  Judge, not knowing what the tipster or the agency or whoever
8  it is, what they are going to say, I would request that the
9  Court, at the very minimum conduct an in camera inspection.
10         The government can provide you with that information,
11 whatever it is, to make a determination whether, number one,
12 there's anything exculpatory.
13         I need an umpire, that is you, Your Honor, the judge
14 in this case, if I can't see it or he's not going to reveal it
15 to me, at least he can reveal it to you and you can make a
16 determination whether, number one, there's anything
17 exculpatory in this case and whether they used that
18 information other than just a general information board.
19         THE COURT:  Okay.  I hear what you're saying.  I'm
20 not going to do that.  I think defendants would like me to
21 review things in camera all the time, and I do my best to
22 avoid that.  Not because I'm shirking, but because that's not
23 necessarily appropriate.
24         You have to make, you would have to make some sort of
25 a showing, some sort of an explanation.  I think just based on

1  the government's representation, I see nothing here that
2  merits me performing an in camera review.
3          So I'm going to deny that motion for the reasons
4  discussed here on this call.
5          MR. HOBSON:  If I may, Your Honor, real quickly.  I
6  would -- if there was something exculpatory, no matter what
7  the source, I would have a responsibility to disclose, and I
8  absolutely would.
9          There is none, and if there is anything exculpatory,
10 I still have that duty to turn that over.
11         THE COURT:  Right.  You do based on just Brady in
12 general, but in addition to that our standing order requires
13 it.  And, in addition to that, we now under the Due Process
14 Protection Act, we order you to do that every time at
15 arraignment.
16         So to the extent you want me to say it one more time,
17 Mr. Hobson, you better turn over anything exculpatory.
18         But, honestly, based on these facts, I can't imagine
19 anything exculpatory about it.  So if there was certain facts
20 where you can see it, I would do it, but this seems like about
21 as far from that as you could possibly get.
22         So I'm going to deny that motion.
23         MR. TODD:  One last thing, Judge, and just for
24 clarification purpose from counsel.  Is he saying that all the
25 news information did was basically pick up the words, the

1  information online, and report it to the FBI?
2         I just want clarification because the basic
3  difference as to what kind of, what their conduct was and what
4  their involvement was.
5         If it was just simply we see this word coming up on
6  the internet, on the dark pool, and then they call the FBI and
7  say here's the word that came up versus they did an
8  independent investigation of it to make any determinations?
9         I think we need to know just a little bit more of
10 what their involvement was, because that makes a determination
11 whether or not -- so that that would either have to be
12 disclosed or, if not disclosed, whether the Court would have
13 to, I believe, do an in camera inspection.
14        THE COURT:  I'll just say he's said he is not going
15 to use the information from the informant.
16        MR. TODD:  Okay.
17        THE COURT:  His case is going to be built around
18 other things, including your client's confession.  And I think
19 with the representation that there is nothing exculpatory in
20 it, I'm not sure that Mr. Hobson needs to say anything else.
21        So I guess if there's anything else that you could
22 put a finer point on it and you choose to, Mr. Hobson, I think
23 he would appreciate it, but I'm not going to require that.
24        MR. HOBSON:  I appreciate that.  And I will just add
25 that I don't want to reveal sources and sort of methods.

1  There is some stuff that we don't want to reveal and I'm
2  trying to work around.
3          But what I will represent, they were not talking with
4  Mr. Wan, they were not participating any way, shape or form.
5  They receive the information passively, however they receive
6  it, not with communicating people running the site or
7  anything.  They just are able to see the information on that
8  site, and then they pass on that information that they see to
9  the FBI, saying we saw this, we are concerned.
10         THE COURT:  Okay.  So as far as you know, the
11 confidential informant didn't communicate with Mr. Wan in way?
12         MR. HOBSON:  No.  Absolutely not.
13         THE COURT:  So it's not a case of a sting or whatever
14 you might call it, a setup.
15         MR. HOBSON:  No.
16         THE COURT:  Okay.
17         All right.  So that leaves us with the motion for
18 psychiatric review.  Do you have a doctor picked out and an
19 appointment time?
20         MR. TODD:  Judge, I have two doctors that are
21 supposed to let me know something today or tomorrow on that.
22 I have contacted them, I'm just waiting to see who is
23 available that would have the time to do it.
24         So hopefully I have something within the next day or
25 two, something definite, and then move on from there.  I can

1  get from them a date, the time and whatever other information
2  I need.
3          THE COURT:  Okay.  Great.  And you can just
4  coordinate with Ms. Smith, like you have been doing, and she
5  will, she can help; if there's any issue with the marshals, I
6  can help, Mr. Hobson can help.
7          But it seems like once you get the date and time and
8  the doctor's name, they might say, Oh, we can never do it at
9  that time because that's shift change or something.  There is
10 a possibility of that.  But I think if you get the ball
11 rolling, we should be able to get this done.
12         MR. TODD:  Right.  Yes.
13         THE COURT:  Okay.  Why don't we go ahead and,
14 actually, why don't we, we will just set this for -- what do
15 you all recommend we do, what our next steps are?
16         Mr. Hobson, do you think -- I don't think the case
17 should be certified yet.
18         MR. HOBSON:  No.  We need to wait on the evaluation.
19 So I guess leave that motion pending, and then we'll convene
20 as soon as that's happened.
21         THE COURT:  Angela, why don't we go ahead and just
22 set something for a month from now.  And that way nothing will
23 fall through the cracks.  And if nothing is happening, we can
24 just reschedule.  But let's go ahead and put something on the
25 calendar.

```
1              COURTROOM DEPUTY:  Okay.  Let's see.
2              How about the 28th, which is a Monday, at like 11;
3   does that work for everyone?
4              MR. HOBSON:  Sure.
5              MR. TODD:  Monday, November 28?
6              COURTROOM DEPUTY:  Yes, sir.
7              THE COURT:  That's the Monday after Thanksgiving.
8   Yes.
9              MR. TODD:  Hold on one second, Your Honor.  I'm
10  checking my, check and making sure.
11             COURTROOM DEPUTY:  Actually, Mr. Todd, you have a
12  leave through the 30th.
13             MR. TODD:  Right.
14             COURTROOM DEPUTY:  Let's look at, let me get back to
15  our calendar.  How about Friday, the 2nd, we could do at
16  like 10:00 a.m.
17             THE COURT:  That whole day doesn't work for me.  I
18  have to take my kid to the doctor, so I think that's going to
19  be a work-from-home day.  That's like something I have to do.
20             So what about --
21             COURTROOM DEPUTY:  Monday the 5th, at 10:00?
22             MR. TODD:  Is there any way, Judge, that we can do
23  that in the afternoon, possibly?  The only reason I say that,
24  right now I have something scheduled that morning.  I'm
25  requesting Monday, the latest we can do it would be better,
```

```
 1  just because I have a heavy trial schedule, Judge, and it
 2  looks like I'm in court just about every day.
 3           But be that as it may, if we can do it in the
 4  afternoon, usually that works out a little better because if I
 5  don't get called to trial, I'm not there the whole day.
 6           THE COURT:  That's fine.  I don't mind doing it
 7  later.
 8           COURTROOM DEPUTY:  Do you want to do it at 3:00?
 9           MR. TODD:  That would be great.
10           COURTROOM DEPUTY:  And we'll just call it a status
11  conference.
12           THE COURT:  That's right.  And if anybody has a
13  conflict, we can reschedule that.
14           MR. TODD:  Thank you, Judge.  I appreciate your
15  consideration.
16           THE COURT:  Okay.  Well, thanks you guys.  It's good
17  seeing everybody.
18           MR. HOBSON:  You, too.
19           MR. TODD:  Take care.  Everybody have a happy
20  Thanksgiving.
21           COURTROOM DEPUTY:  Thank you.
22           THE COURT:  You too.  Okay.
23           COURTROOM DEPUTY:  You too.
24           MR. TODD:  Bye.
25       (Proceedings were adjourned at 2:50 p.m.)
```

```
 1
 2                              * * *
 3
 4              TRANSCRIBER'S   CERTIFICATION
 5
 6         I, Judith M. Wolff, a stenographic reporter and
 7   Certified Realtime Reporter, with offices in Atlanta, Georgia,
 8   do hereby certify:
 9
10         That I transcribed the proceedings digitally-recorded
11   on Thursday, October 27, 2022, in the matter of USA v James
12   Wan, Case No. 1:22-cr-00188-LMM-CMS;
13
14         That said audio recording of the proceedings were
15   reduced to typewritten form by me;
16
17         And that the foregoing transcript is a true and
18   accurate record of the proceedings to the best of my skill and
19   ability.
20
21   Date:  Monday, June 26, 2023
22
23             s/ JUDITH M. WOLFF, CERTIFIED REALTIME REPORTER
                Signature of Transcriber
24
25
```

```
 COURTROOM DEPUTY: [14]
 MR. HOBSON: [10]   2/6 3/5 3/16 7/5
  8/24 9/12 9/15 10/18 11/4 12/18
 MR. TODD: [16]
 THE COURT: [23]
```

**1**

10:00 [2]   11/16 11/21
11 [1]   11/2
188 [1]   2/2
1914 [1]   1/22
1:22-cr-00188-LMM-CMS [2]   1/5 13/12
1:22-cr-188 [1]   2/2

**2**

2022 [2]   1/12 13/11
2023 [1]   13/21
26 [1]   13/21
27 [2]   1/12 13/11
28 [1]   11/5
28th [1]   11/2
2:37 [1]   2/1
2:50 [1]   12/25
2nd [1]   11/15

**3**

30303 [1]   1/23
30th [1]   11/12
3:00 [1]   12/8

**5**

5th [1]   11/21

**7**

75 [1]   1/23

**A**

a.m [1]   11/16
ability [1]   13/19
able [2]   9/7 10/11
about [13]   3/15 3/18 3/22 4/2 4/24
 5/18 5/18 7/19 7/20 11/2 11/15 11/20
 12/2
absolutely [2]   7/8 9/12
accurate [1]   13/18
across [1]   6/1
Act [1]   7/14
actually [3]   3/9 10/14 11/11
add [2]   2/24 8/24
addition [2]   7/12 7/13
adjourned [1]   12/25
after [1]   11/7
afternoon [3]   2/4 11/23 12/4
agency [1]   6/7
agent [2]   3/22 4/16
ahead [3]   10/13 10/21 10/24
all [9]   2/9 4/7 4/19 5/9 6/2 6/21
 7/24 9/17 10/15
already [1]   3/5
also [2]   3/12 5/2
am [2]   2/18 5/13
America [1]   1/4
Angela [2]   2/18 10/21
another [1]   2/21
any [6]   4/11 5/22 8/8 9/4 10/5 11/22
anybody [1]   12/12
anything [11]   3/23 5/19 6/3 6/12
 6/16 7/9 7/17 7/19 8/20 8/21 9/7
appearances [2]   1/15 2/5
apply [1]   4/6
appointment [1]   9/19
appreciate [4]   5/6 8/23 8/24 12/14
appropriate [1]   6/23
are [13]   3/2 4/2 4/5 4/7 4/9 4/10
 4/16 4/23 6/8 9/7 9/9 9/20 10/15
area [1]   5/12
around [2]   8/17 9/2
arraignment [1]   7/15
Assistant [1]   1/16
ATLANTA [3]   1/2 1/23 13/7
Attorney [1]   1/16

audio [1]   13/14
available [1]   9/23
avoid [1]   6/22

**B**

back [1]   11/14
background [1]   3/17
ball [1]   10/10
based [3]   6/25 7/11 7/18
basic [1]   8/2
basically [3]   3/20 4/20 7/25
be [11]   4/14 5/7 5/17 8/11 8/17
 10/11 10/17 11/19 11/25 12/3 12/9
because [10]   4/4 4/11 4/18 6/22 6/22
 8/2 8/10 10/9 12/1 12/4
been [4]   2/14 2/14 2/18 10/4
BEFORE [1]   1/11
being [1]   6/5
believe [1]   8/13
best [2]   6/21 13/18
better [3]   7/17 11/25 12/4
bit [2]   2/16 8/9
board [1]   6/18
Brady [4]   2/11 3/3 3/12 7/11
Bret [2]   1/16 2/6
built [1]   8/17
Bye [1]   12/24

**C**

calendar [2]   10/25 11/15
call [4]   7/4 8/6 9/14 12/10
called [3]   2/1 4/21 12/5
came [3]   4/14 6/1 8/7
camera [5]   5/14 6/9 6/21 7/2 8/13
can [16]
can't [3]   2/3 6/14 7/18
care [1]   12/19
case [9]   2/21 5/19 5/25 6/14 6/17
 8/17 9/13 10/16 13/12
catching [1]   4/23
CATHERINE [1]   1/11
certain [1]   7/19
CERTIFICATION [1]   13/4
certified [3]   10/17 13/7 13/23
certify [1]   13/8
change [1]   10/9
chat [1]   3/23
check [1]   11/10
checking [1]   11/10
choose [1]   8/22
cited [1]   4/7
clarification [2]   7/24 8/2
client [1]   6/5
client's [1]   8/18
CMS [2]   1/5 13/12
coming [1]   8/5
communicate [1]   9/11
communicating [2]   2/14 9/6
compromise [1]   4/3
concerned [1]   9/9
conduct [2]   6/9 8/3
conference [1]   12/11
confession [2]   4/15 8/18
confidential [3]   2/12 3/12 9/11
conflict [1]   12/13
consideration [2]   4/8 12/15
contacted [1]   9/22
convene [1]   10/19
coordinate [1]   10/4
copy [1]   2/21
could [4]   3/8 7/21 8/21 11/15
counsel [2]   2/4 7/24
counsel's [2]   5/21 6/4
court [9]   1/1 1/11 1/22 2/1 5/13
 5/14 6/9 8/12 12/2
Courthouse [1]   1/22
cr [3]   1/5 2/2 13/12
cracks [1]   10/23
credible [1]   3/25
crime [1]   4/20
CRR [1]   1/21

**D**

dark [2]   6/1 8/6

date [5]   2/17 2/23 10/1 10/7 13/21
day [5]   9/24 11/17 11/19 12/2 12/5
decided [1]   3/5
defendant [3]   1/7 1/17 2/2
defendants [1]   6/20
defense [1]   4/17
definite [1]   9/25
denied [1]   5/7
deny [3]   3/5 7/3 7/22
described [1]   5/3
details [2]   3/18 5/22
determination [3]   6/11 6/16 8/10
determinations [1]   8/8
determine [1]   5/23
did [2]   7/25 8/7
didn't [2]   4/12 9/11
difference [1]   8/3
digitally [1]   13/10
digitally-recorded [1]   13/10
disclose [2]   3/18 7/7
disclosed [3]   5/5 8/12 8/12
disclosing [2]   4/24 5/6
disclosure [1]   2/10
discussed [1]   7/4
DISTRICT [2]   1/1 1/1
DIVISION [1]   1/2
do [25]
DOCKET [1]   1/5
doctor [3]   2/17 9/18 11/18
doctor's [1]   10/8
doctors [1]   9/20
document [1]   2/5
does [2]   2/23 11/3
doesn't [2]   5/17 11/17
doing [3]   4/23 10/4 12/6
don't [12]   3/17 3/19 4/2 4/14 8/25
 9/1 10/13 10/14 10/16 10/21 12/5
 12/6
done [1]   10/11
Drive [1]   1/23
Due [1]   7/13
duty [1]   7/10

**E**

either [1]   8/11
else [2]   8/20 8/21
encompassed [1]   3/3
entrapment [1]   4/18
Esq [2]   1/16 1/17
evaluation [1]   10/18
even [1]   4/14
every [2]   7/14 12/2
everybody [3]   4/3 12/17 12/19
everyone [1]   11/3
exam [2]   2/12 2/13
exculpatory [8]   5/19 6/12 6/17 7/6
 7/9 7/17 7/19 8/19
explain [1]   3/18
explanation [1]   6/25
extent [1]   7/16

**F**

fact [1]   4/22
factors [1]   4/7
facts [4]   4/6 5/10 7/18 7/19
fall [1]   10/23
far [2]   7/21 9/10
FBI [5]   4/1 4/21 8/1 8/6 9/9
filing [1]   4/24
finding [1]   4/4
fine [1]   12/6
finer [1]   8/22
first [3]   2/3 3/16 5/10
foregoing [1]   13/17
form [2]   9/4 13/15
framing [1]   4/18
Friday [1]   11/15
front [1]   4/15

**G**

gand.uscourts.gov [1]   1/24
general [3]   4/4 6/18 7/12
GEORGIA [3]   1/1 1/23 13/7

**G**
**get [8]**   6/6 7/21 10/1 10/7 10/10 10/11 11/14 12/5
**give [1]**   3/16
**given [3]**   4/8 4/22 5/5
**go [3]**   10/13 10/21 10/24
**going [13]**   2/15 2/16 4/5 5/13 6/8 6/14 6/20 7/3 7/22 8/14 8/17 8/23 11/18
**good [2]**   2/4 12/16
**got [1]**   2/10
**government [5]**   3/22 4/25 5/15 6/2 6/10
**government's [1]**   7/1
**great [2]**   10/3 12/9
**guess [3]**   6/6 8/21 10/19
**guys [1]**   12/16

**H**
**had [1]**   5/10
**happen [2]**   4/12 4/20
**happened [1]**   10/20
**happening [2]**   4/11 10/23
**happy [1]**   12/19
**hard [1]**   5/23
**has [5]**   3/21 5/3 5/5 5/17 12/12
**have [32]**
**he [7]**   3/8 4/15 5/5 6/15 7/24 8/14 8/23
**he's [2]**   6/14 8/14
**hear [1]**   6/19
**hearing [1]**   4/23
**heavy [1]**   12/1
**help [3]**   10/5 10/6 10/6
**here [3]**   4/18 7/1 7/4
**here's [1]**   8/7
**hereby [1]**   13/8
**high [1]**   4/25
**his [2]**   4/15 8/17
**hitman [2]**   3/24 4/5
**Hobson [9]**   1/16 2/6 3/15 5/3 7/17 8/20 8/22 10/6 10/16
**Hold [1]**   11/9
**home [1]**   11/19
**honestly [1]**   7/18
**Honor [4]**   2/7 6/13 7/5 11/9
**HONORABLE [1]**   1/11
**hopefully [1]**   9/24
**how [3]**   5/3 11/2 11/15
**however [1]**   9/5

**I**
**I'll [2]**   3/16 8/14
**I'm [14]**
**identity [1]**   2/11
**imagine [1]**   7/18
**immunity [1]**   4/8
**including [1]**   8/18
**independent [1]**   8/8
**informant [5]**   2/12 3/12 3/17 8/15 9/11
**information [15]**
**inspection [3]**   5/15 6/9 8/13
**interest [1]**   4/25
**internet [1]**   8/6
**investigation [1]**   8/8
**involved [3]**   3/22 3/23 4/19
**involvement [2]**   8/4 8/10
**is [32]**
**issue [1]**   10/5
**it [52]**
**it's [7]**   2/16 4/17 4/19 5/11 5/23 9/13 12/16

**J**
**James [2]**   1/6 13/11
**Joseph [3]**   1/17 1/18 2/8
**judge [13]**   1/11 3/8 3/13 5/9 5/15 6/5 6/7 6/13 7/23 9/20 11/22 12/1 12/14
**judith [4]**   1/21 1/24 13/6 13/23
**June [1]**   13/21
**just [26]**

**K**
**keep [2]**   4/4 4/22
**kid [1]**   11/18
**kind [4]**   5/3 5/10 5/11 8/3
**knew [1]**   4/3
**know [8]**   2/13 4/3 5/17 5/18 5/24 8/9 9/10 9/21
**knowing [5]**   5/9 5/21 5/22 5/22 6/7

**L**
**last [2]**   3/6 7/23
**later [1]**   12/7
**latest [1]**   11/25
**law [4]**   3/19 4/6 5/2 5/3
**least [5]**   2/13 5/14 5/18 6/6 6/15
**leave [2]**   10/19 11/12
**leaves [1]**   9/17
**let [3]**   4/3 9/21 11/14
**let's [3]**   10/24 11/1 11/14
**like [17]**
**little [3]**   2/16 8/9 12/4
**LMM [2]**   1/5 13/12
**look [1]**   11/14
**looks [3]**   2/9 3/3 12/2

**M**
**made [2]**   4/9 4/10
**MAGISTRATE [1]**   1/11
**make [5]**   6/11 6/15 6/24 6/24 8/8
**makes [1]**   8/10
**making [1]**   11/10
**marshals [2]**   2/24 10/5
**material [1]**   2/11
**matter [2]**   7/6 13/11
**may [3]**   5/8 7/5 12/3
**me [9]**   5/23 6/15 6/20 7/2 7/16 9/21 11/14 11/17 13/15
**mean [1]**   5/21
**merits [1]**   7/2
**methods [1]**   8/25
**Michael [1]**   1/17
**might [2]**   9/14 10/8
**mind [1]**   12/6
**minimum [1]**   6/9
**Monday [6]**   11/2 11/5 11/7 11/21 11/25 13/21
**month [1]**   10/22
**moot [1]**   3/6
**more [5]**   2/16 3/18 6/3 7/16 8/9
**morning [1]**   11/24
**motion [11]**   2/10 2/11 2/12 3/3 3/9 4/7 5/7 7/3 7/22 9/17 10/19
**motions [2]**   2/10 3/2
**move [1]**   9/25
**Mr. [16]**
**Mr. Hobson [7]**   3/15 5/3 7/17 8/20 8/22 10/6 10/16
**Mr. Todd [4]**   2/14 2/20 5/1 11/11
**Mr. Todd's [1]**   4/7
**Mr. Wan [4]**   2/8 4/16 9/4 9/11
**Ms. [2]**   2/15 10/4
**Ms. Smith [2]**   2/15 10/4
**much [2]**   5/5 5/6
**my [6]**   5/2 6/5 6/21 11/10 11/18 13/18

**N**
**name [2]**   2/3 10/8
**necessarily [1]**   6/23
**need [6]**   5/14 5/18 6/13 8/9 10/2 10/18
**needs [1]**   8/20
**never [1]**   10/8
**new [1]**   3/9
**news [4]**   3/20 4/9 5/11 7/25
**next [2]**   9/24 10/15
**no [13]**   1/5 4/8 4/8 4/9 4/10 4/11 4/13 4/17 7/6 9/12 9/15 10/18 13/12
**nobody [1]**   5/17
**none [1]**   7/9
**NORTHERN [1]**   1/1
**not [23]**
**nothing [4]**   7/1 8/19 10/22 10/23

**November [1]**   11/5
**now [3]**   7/13 10/22 11/24
**number [2]**   6/11 6/16

**O**
**obviously [2]**   5/9 6/4
**OCTOBER [2]**   1/12 13/11
**offense [1]**   4/13
**offices [1]**   13/7
**Official [1]**   1/22
**Oh [2]**   3/7 10/8
**Okay [14]**
**once [1]**   10/7
**one [6]**   3/11 6/11 6/16 7/16 7/23 11/9
**online [1]**   8/1
**only [1]**   11/23
**order [8]**   2/1 2/15 2/21 3/4 6/5 6/6 7/12 7/14
**organization [2]**   3/20 4/9
**other [4]**   3/2 6/18 8/18 10/1
**our [4]**   3/3 7/12 10/15 11/15
**out [2]**   9/18 12/4

**P**
**P.C [1]**   1/18
**p.m [2]**   2/1 12/25
**paid [1]**   4/8
**part [1]**   3/10
**participating [1]**   9/4
**particular [1]**   5/25
**pass [1]**   9/8
**passive [1]**   4/19
**passively [3]**   3/21 3/24 9/5
**payments [1]**   4/10
**pending [2]**   2/10 10/19
**people [3]**   4/4 4/23 9/6
**perfect [1]**   3/9
**perfected [1]**   3/9
**performing [1]**   7/2
**pick [1]**   7/25
**picked [1]**   9/18
**Plaintiff [1]**   1/16
**point [1]**   8/22
**pool [1]**   8/6
**possibility [2]**   4/18 10/10
**possibly [2]**   7/21 11/23
**posts [1]**   3/24
**potential [1]**   4/13
**potentially [1]**   4/23
**PRETRIAL [1]**   1/10
**proceedings [4]**   12/25 13/10 13/14 13/18
**Process [1]**   7/13
**protect [1]**   6/5
**Protection [1]**   7/14
**provide [2]**   5/15 6/10
**psychiatric [3]**   2/12 2/13 9/18
**public [1]**   4/24
**published [1]**   5/17
**pull [1]**   2/5
**purpose [1]**   7/24
**purposes [1]**   5/19
**put [2]**   8/22 10/24

**Q**
**quick [1]**   3/16
**quickly [1]**   7/5

**R**
**real [2]**   3/16 7/5
**Realtime [2]**   13/7 13/23
**reason [1]**   11/23
**reasons [1]**   7/3
**receive [2]**   9/5 9/5
**recommend [1]**   10/15
**record [1]**   13/18
**recorded [1]**   13/10
**recording [1]**   13/14
**recordings [1]**   4/16
**records [1]**   4/11
**reduced [1]**   13/15
**Reed [1]**   1/16

**R**
**related [1]**   4/17
**remember [1]**   2/3
**report [1]**   8/1
**reported [1]**   6/2
**reporter [4]**   1/22 13/6 13/7 13/23
**represent [1]**   9/3
**representation [3]**   5/10 7/1 8/19
**representing [1]**   2/8
**request [1]**   6/8
**requesting [2]**   3/24 11/25
**require [1]**   8/23
**requires [1]**   7/12
**reschedule [2]**   10/24 12/13
**researching [1]**   2/19
**respect [1]**   2/13
**respond [3]**   5/1 5/7 5/23
**responsibility [1]**   7/7
**reveal [5]**   2/11 6/14 6/15 8/25 9/1
**review [3]**   6/21 7/2 9/18
**right [8]**   2/9 2/18 7/11 9/17 10/12 11/13 11/24 12/12
**rolling [1]**   10/11
**RPR [1]**   1/21
**ruling [1]**   6/6
**running [1]**   9/6

**S**
**S.W [1]**   1/23
**said [4]**   3/8 6/5 8/14 13/14
**SALINAS [1]**   1/11
**saw [2]**   4/20 9/9
**say [9]**   3/15 6/6 6/8 7/16 8/7 8/14 8/20 10/8 11/23
**saying [3]**   6/19 7/24 9/9
**schedule [1]**   12/1
**scheduled [1]**   11/24
**second [1]**   11/9
**see [9]**   3/24 6/14 7/1 7/20 8/5 9/7 9/8 9/22 11/1
**seeing [1]**   12/17
**seems [3]**   5/6 7/20 10/7
**sent [1]**   2/20
**set [2]**   10/14 10/22
**setup [1]**   9/14
**shape [1]**   9/4
**she [2]**   10/4 10/5
**shift [1]**   10/9
**shirking [1]**   6/22
**should [3]**   5/7 10/11 10/17
**showing [1]**   6/25
**Signature [1]**   13/23
**significance [1]**   4/13
**simply [2]**   5/25 8/5
**sir [1]**   11/6
**site [2]**   9/6 9/8
**skill [1]**   13/18
**Smith [2]**   2/15 10/4
**some [5]**   4/24 5/11 6/24 6/25 9/1
**somebody [1]**   5/11
**someone [2]**   3/24 4/20
**something [9]**   7/6 9/21 9/24 9/25 10/9 10/22 10/24 11/19 11/24
**soon [1]**   10/20
**sorry [1]**   2/3
**sort [4]**   4/24 6/24 6/25 8/25
**sounds [1]**   3/25
**source [1]**   7/7
**sources [1]**   8/25
**specificity [1]**   2/16
**standing [2]**   3/3 7/12
**state [1]**   2/5
**STATES [6]**   1/1 1/4 1/11 1/16 1/22 2/7
**status [1]**   12/10
**stenographic [1]**   13/6
**steps [1]**   10/15
**still [1]**   7/10
**sting [1]**   9/13
**stuff [1]**   9/1
**suggest [2]**   2/24 5/13
**supposed [1]**   9/21
**sure [4]**   2/6 8/20 11/4 11/10

**T**
**take [3]**   5/21 11/18 12/19
**taking [1]**   6/4
**talking [3]**   3/22 4/2 9/3
**Ted [1]**   1/23
**tell [1]**   4/1
**than [2]**   6/3 6/18
**Thank [2]**   12/14 12/21
**thanks [1]**   12/16
**Thanksgiving [2]**   11/7 12/20
**that [80]**
**that's [13]**   3/11 4/2 5/2 5/2 5/10 6/22 10/9 10/20 11/7 11/18 11/19 12/6 12/12
**their [3]**   8/3 8/4 8/10
**them [4]**   3/25 4/9 9/22 10/1
**then [6]**   3/18 4/6 8/6 9/8 9/25 10/19
**there [21]**
**there's [9]**   2/10 3/20 4/11 4/13 4/17 6/12 6/16 8/21 10/5
**these [1]**   7/18
**they [22]**
**thing [2]**   3/24 7/23
**things [2]**   6/21 8/18
**think [13]**   2/15 2/16 3/5 4/14 6/20 6/25 8/9 8/18 8/22 10/10 10/16 10/16 11/18
**this [16]**
**those [1]**   3/2
**threat [1]**   3/25
**threats [1]**   4/9
**three [1]**   2/10
**through [2]**   10/23 11/12
**THURSDAY [2]**   1/12 13/11
**time [11]**   2/17 2/24 3/6 6/21 7/14 7/16 9/19 9/23 10/1 10/7 10/9
**tipster [2]**   4/19 6/7
**today [1]**   9/21
**Todd [7]**   1/17 1/18 2/8 2/14 2/20 5/1 11/11
**Todd's [1]**   4/7
**told [1]**   2/25
**tomorrow [1]**   9/21
**too [3]**   12/18 12/22 12/23
**transcribed [1]**   13/10
**Transcriber [1]**   13/23
**TRANSCRIBER'S [1]**   13/4
**transcript [2]**   1/10 13/17
**trial [2]**   12/1 12/5
**true [1]**   13/17
**trying [1]**   9/2
**turn [2]**   7/10 7/17
**Turner [1]**   1/23
**two [3]**   3/2 9/20 9/25
**typewritten [1]**   13/15

**U**
**umpire [1]**   6/13
**under [2]**   3/18 7/13
**understand [1]**   5/4
**understanding [1]**   5/2
**UNITED [6]**   1/1 1/4 1/11 1/16 1/22 2/6
**up [4]**   2/5 7/25 8/5 8/7
**us [3]**   2/25 5/6 9/17
**USA [1]**   13/11
**use [1]**   8/15
**used [2]**   2/21 6/17
**using [1]**   4/14
**usually [1]**   12/4

**V**
**versus [1]**   8/7
**very [3]**   5/14 6/6 6/9
**VIDEOCONFERENCE [2]**   1/4 1/10
**vs [1]**   1/5

**W**
**wait [1]**   10/18
**waiting [1]**   9/22
**Wan [7]**   1/6 2/3 2/8 4/16 9/4 9/11 13/12
**want [12]**   2/4 3/11 3/12 3/17 4/2 5/1 5/7 7/16 8/2 8/25 9/1 12/8
**was [14]**
**way [6]**   5/3 5/15 9/4 9/11 10/22 11/22
**we [31]**
**we'll [3]**   4/14 10/19 12/10
**we're [1]**   3/21
**web [1]**   6/1
**website [4]**   3/21 3/23 4/5 4/15
**well [5]**   2/9 3/16 4/25 5/2 12/16
**went [1]**   4/15
**were [5]**   6/1 9/3 9/4 12/25 13/14
**weren't [1]**   4/19
**what [23]**
**whatever [3]**   6/11 9/13 10/1
**when [2]**   3/24 4/6
**where [2]**   3/11 7/20
**whether [6]**   5/19 6/11 6/16 6/17 8/11 8/12
**which [2]**   5/5 11/2
**while [1]**   2/5
**who [1]**   9/22
**whoever [1]**   6/7
**whole [2]**   11/17 12/5
**why [5]**   3/17 3/18 10/13 10/14 10/21
**will [5]**   8/24 9/3 10/5 10/14 10/22
**within [1]**   9/24
**without [1]**   5/9
**witness [1]**   4/20
**wolff [4]**   1/21 1/24 13/6 13/23
**word [4]**   5/21 6/4 8/5 8/7
**words [1]**   7/25
**work [4]**   9/2 11/3 11/17 11/19
**works [1]**   12/4
**would [17]**

**Y**
**Yes [5]**   2/20 3/13 10/12 11/6 11/8
**yet [1]**   10/17
**you [48]**
**you're [1]**   6/19
**your [8]**   2/5 2/7 2/15 6/13 7/5 8/18 11/9 12/14

**Z**
**ZOOM [1]**   1/4