IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:22-MJ-O462 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| JAMES WAN, | ) | |
| Defendant, | ) | |
| _____ | ) | |

NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, Curt Thompson, with Thompson & Associates Law Firm, P.C., 3775 Venture Drive, Building D, Suite 100, Duluth, GA 30096, and makes this his Appearance of Counsel as Co-Counsel for the above-named Defendant, James Wan.

Respectfully submitted this August 4, 2023.

/s/Curt Thompson
Curt B. Thompson
Georgia Bar No. 707663
Attorney for the Defendant, James Wan

Thompson & Associates Law Firm, P.C.
3775 Venture Drive, Suite D100
Duluth, GA 30096
(470)375-6962 office
(678)249-9326 direct dial
(678)317-0882 facsimile
curt@curtthompson.com email

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:22-MJ-O462 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| JAMES WAN, | ) | |
| Defendant, | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

This is to certify on this date I have served the Office of the United States Attorney a copy of the above and foregoing Notice of. Appearance of Counsel via the online e-file system, by facsimile and by depositing same in the United States Mail, with sufficient postage prepaid, to the following addresses and email addresses:

Office of the United States Attorney-ATL600
Northern District of Georgia
600 United States Courthouse
75 Ted Turner Dr., S.W., Suite 600
Atlanta, GA 30303
Attn:  Bret Hobson
404-581-6181 (fax)
bret.hobson@usdoj.go

Respectfully submitted this August 4, 2023.

/s/Curt Thompson
Curt B. Thompson
Georgia Bar No.  707663
Attorney for the Defendant, James Wan

Thompson & Associates Law Firm, P.C.
3775 Venture Drive, Suite D100
Duluth, GA 30096
(470)375-6962 office
(678)249-9326 direct dial
(678)317-0882 facsimile
curt@curtthompson.com email