

**U.S. Department of Justice**
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*  *Telephone: (404) 581-6000*
*75 Spring Street S.W., Suite 600*  *Fax: (404) 581-6181*
*Atlanta, Georgia 30303*

October 11, 2023

Courtroom Deputies
U.S. Courthouse
75 Ted Turner, S.W.
Atlanta, Georgia 30303

Dear Courtroom Deputies:

This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office on the following dates: November 6 – 9 & November 27 – December 1, 2023. I request that the Court not schedule any court appearances in the below-referenced matters for those dates.

United States v. Bacica, et al., 1:16-CR-00090

United States v. Baity, 1:22-MJ-01008

United States v. Brett, et al., 1:20-CR-00452

United States v. Caldwell, 1:16-CR-00355

United States v. Cauley, et al., 1:20-CR-00194

United States v. Clark, 1:23-CR-00307

United States v. Glaze, 1:23-CR-00175

United States v. Harden, 3:21-CR-00005

United States v. Haughton, et al., 1:20-CR-00500

United States v. Joseph, 1:16-CR- 00366

United States v. McCrimon, 1:21-CR-00407

United States v. Mendez-Morales, et al., 1:19-CR-00304

United States v. Morgan, 1:16-CR-00337

United States v. Newkirk, 1:23-CR-00207

United States v. Patterson, 1:18-CR-00498

United States v. Rouse, et al., 1:16-CR-00091

United States v. Wan, 1:22-CR-000188

United States v. Wattleton, 1:99-CR-00306

        Sincerely,

        RYAN K. BUCHANAN
        *United States Attorney*

        /s/ Bret Hobson

        BRET HOBSON
        *Assistant United States Attorney*

cc: Counsel for Defendants