# JOSEPH M. TODD, P.C.

ATTORNEYS AT LAW
TODD BUILDING
104 SOUTH MAIN STREET
JONESBORO, GA 30236

JOSEPH M. TODD
JILLIAN M. TODD

T: (770) 477-7878
F: (770) 477-5357

October 11, 2023

**VIA EMAIL- jlvanwey@dekalbcountyga.gov**
Honorable Alvin T. Wong
Dekalb County State Court
556 North McDonough Street
Decatur, GA 30030

**VIA EMAIL –brittany_poley@gand.uscourts.gov**
Honorable Leigh Martin May
US District Court
Richard B. Russell Federal Building
75 Ted Turner Drive SW
Atlanta, GA 30303

**VIA EMAIL – mnichols@fayettecountyga.gov**
Honorable Presiding Judge
Fayette County Superior Court
Fayette County Justice Center
One Center Drive
Fayetteville, GA 30214

**VIA EMAIL –lisa.judgewilsonsoffice@gmail.com**
Honorable Thomas Wilson
Butts County Superior Court
Butts County Judicial Center
625 West Third Street
Jackson, GA 30233

**VIA EMAIL – sydnyjones@co.henry.ga.us**
Honorable Vincent Lotti
Henry County State Court
One Judicial Center, Suite 120
44 John Frank Ward Boulevard
McDonough, GA 30253

RE: **Conflicts for Tuesday, October 17, 2023**

Dear Judges, Clerks and Counsel/Parties:

Pursuant to Section 17 of the Georgia Uniform Court Rules, as amended, I wish to advise each of you of possible conflicts for the attached list of cases for October 17, 2023.

I hereby certify that I am the only attorney in these cases, and that they cannot be adequately handled, nor my clients' interest adequately protected, by any other attorney. I, therefore, pursuant to Rule 17 of the Uniform Rules, request that the Court note the referenced conflicts.

The cases are listed in the order in which I plan on appearing via videoconference or in person. Thank you for your assistance in this matter.

Very truly yours,

Joseph M. Todd
Georgia Bar No. 713750

JMT/jdp
Enclosure

cc:   Clerk, Dekalb State (via e-file)
      Clerk, US District Court (via e-file)
      Clerk, Fayette Superior (via fax 770-716-4868)
      Clerk, Butts Superior (via e-file)
      Clerk, Henry State (via e-file)
      Tawanna Hopson, Esq. (via email tawanna.hopson@statefarm.com)
      Jay Brown, Esq. (via email jay.brown@libertymutual.com)
      Bret Hobson, Esq. (via email bret.hobson@usdoj.gov)
      Marie G. Broder, Esq. (via email mbroder@fayettecountyga.gov)
      Elizabeth O'Neal, Esq. (via email eoneal@smithwelchlaw.com)
      LaShawn Terry, Esq. (via email lashawn.terry@allstate.com)
      John A. Hanney, Esq. (via email john.hannay@amfam.com)
      Milton Clanton

# JOSEPH M. TODD –CONFLICT LETTER FOR OCTOBER 17, 2023
## ** CASES ARE LISTED IN THE ORDER OF ATTORNEY'S APPEARANCE**

| Date/Time | Court | Judge | Case | Hearing Type | Opposing Counsel/Party | Clerk |
|---|---|---|---|---|---|---|
| 10/17/23 8:30 a.m. | Dekalb County State Court | Honorable Alvin T. Wong | Ison v. Barnes et al 20A80189 | Jury Trial | Jay Brown, Esq. Tawanna Hopson, Esq. | Clerk, Dekalb State |
| 10/17/23 9:30 a.m. | US District Court | Honorable Leigh Martin May | USA v. James Wan Criminal Action No. 1:22-CR-188 | Plea Hearing | Bret Hobson, Assistant US Attorney | Clerk, US District Court |
| 10/17/23 9:30 a.m. | Fayette County Superior Court | Honorable Presiding Judge | State v. Anderson 2023MCR-01130 | Preliminary Hearing | Fayette County DA | Clerk, Fayette Superior |
| 10/17/23 9:00 a.m. | Butts County Superior Court | Honorable Thomas Wilson | Wesley v. Wesley 2022-V-0164 W | Status Conference | Elizabeth O'Neal, Esq. | Clerk, Butts Superior |
| 10/17/23 10:00 a.m. | | | Brown Repress v. Lord et al 23EV002670 | Deposition | LaShawn Terry, Esq. John A. Hanney, Esq | . |
| 10/17/23 1:30 pm | Henry County State Court | Honorable Vincent Lotti | JMT v. Clanton STSV2022001658 | Motion Hearing | Milton Clanton, Pro Se | Clerk, Henry State |