# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:22-cr-00188-LMM-CMS**
**USA v. Wan**
**Honorable Leigh Martin May**

Minute Sheet for proceedings held In Open Court on 10/17/2023.

TIME COURT COMMENCED: 9:40 A.M.
TIME COURT CONCLUDED: 10:14 A.M.
TIME IN COURT: 00:34
OFFICE LOCATION: Atlanta

COURT REPORTER: Montrell Vann
CSO/DUSM: 1 CSO/2 USM
DEPUTY CLERK: Brittany Poley

| | |
|---|---|
| DEFENDANT(S): | [1] James Wan Present at proceedings |
| ATTORNEY(S) PRESENT: | Bret Hobson representing USA<br>Curt Thompson representing James Wan<br>Joseph Todd representing James Wan |
| PROCEEDING CATEGORY: | Change of Plea |
| PLEADINGS FILED IN COURT: | Guilty Plea and Plea Agreement |
| MINUTE TEXT: | Defendant was sworn and entered a guilty plea to the sole count of the Indictment. The Court accepted the plea as knowingly, voluntarily, and intelligently made. Sentencing is set for Thursday, January 18, 2024, at 9:30 a.m. The Court requires sentencing memorandum and any other information that a party wants the Court to consider in connection with the sentencing be submitted to the Court and served on opposing counsel 5 business days before the sentencing hearing. A party who intends to present evidence at the sentencing hearing shall advise the Court and opposing counsel of the identity of each witness and the estimated length of the testimony for each witness 3 business days before the sentencing hearing. It is not necessary that such notice be provided for general character witnesses. If the Government is seeking forfeiture, any proposed forfeiture order must be filed on CM/ECF 3 business days before the sentencing hearing. |
| HEARING STATUS: | Hearing Concluded |