UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

V.                                                              1:22-cr-00188-LMM-CMS

JAMES WAN

## NOTICE OF SENTENCING DATE

**TO THE ABOVE-NAMED DEFENDANT:**

By direction of the Honorable Leigh Martin May, United States District Judge, YOU ARE
HEREBY ORDERED to appear in the United States District Court for the Northern District of
Georgia on **Thursday, January 18, 2024, at 9:30 AM**, Courtroom 2107, 75 Ted Turner Dr.
S.W., Atlanta, Georgia 30303, for imposition of sentence. **You will receive no further
notice.**

If you are under bond, your failure to appear for sentencing on the above date will result
in the forfeiture of your bond.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be
completed, and that you report immediately to the United States Probation Office of this Court
for interview and further instruction. (Room 900).

The parties are **DIRECTED** to file sentencing memorandums on CM/ECF five (5) business days
prior to the sentencing hearing.

**\*\*\*Children under the age of thirteen (13) will not be permitted to attend the
sentencing hearing without prior approval from the Court.**

DATE: October 17, 2023                                    KEVIN P. WEIMER, CLERK

                                                          s/ Brittany N. Poley
                                                          Courtroom Deputy Clerk

Received by Defendant: _____

Received by Counsel: _____

**NOTE: Any request for a continuance should be brought to the Court's attention as
soon as possible by having your attorney contact Brittany Poley at
Brittany_Poley@gand.uscourts.gov**

☒ Plea        ☐ Trial              ☐ Nolo            ☐ Negotiated Plea
☐ Bond        ☐ Federal Custody    ☐ State Custody    ☐ USM Custody